IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US AIRWAYS MASTER EXECUTIVE COUNCIL, AIR LINE PILOTS ASSOCIATION, INT'L, et al. | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 07-1309 (EGS)<br>) |
| AMERICA WEST MASTER EXECUTIVE COUNCIL, AIR LINE PILOTS ASSOCIATION, INT'L, et al. | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

**DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME IN WHICH TO FILE A REPLY IN SUPPORT OF MOTION TO COMPEL JOINDER OF AIR LINE PILOTS ASSOCIATION AS A NECESSARY PARTY, AND TO FILE AN OPPOSITION TO PLAINTIFFS' MOTION TO REMAND**

Defendants move without opposition for a ten day extension of time within which to file a reply brief in support of its Motion To Compel Joinder Of Air Line Pilots Association As Necessary Party Pursuant To Fed. R. Civ. P. 19(a) ("Motion to Join"), and an opposition to Plaintiffs' Motion to Remand. Plaintiffs' briefs on these motions are currently due on Tuesday, September 4, 2007, and this Motion seeks to extend that deadline by ten days, to Friday, September 14, 2007. This Motion is based on the following grounds:

1. On August 8, 2007, Defendants filed their Motion to Join. Plaintiffs filed an opposition on August 22, 2007. Under this Court's Local Rules, Defendants' reply brief is due September 4, the day after Labor Day.

2. On August 20, 2007, Plaintiffs filed a 24-page Motion to Remand. Defendants' opposition to this motion is due also on September 4.

3. The Motion to Join and Motion to Remand involve a number of substantially related and overlapping issues.

4. On August 23, 2007, Defendants' lead counsel requested consent from Plaintiffs' lead counsel for a ten day extension of time within which to file Defendants two aforementioned briefs. Plaintiffs' counsel indicated that Plaintiffs have no objection to the requested extension.

5. Counsel for Defendants with primary responsibility for drafting the two briefs has been out of the office on a previously-scheduled family vacation since August 18. He is scheduled to return to the office on Tuesday, August 27, 2007. Furthermore, the other attorney responsible for assisting in drafting the motions has had primary responsibility for drafting a brief in support of a motion to dismiss due on August 24, 2007, which has precluded him from devoting time to preparing responses to Plaintiffs' August 20 and August 22 submissions.

5. The issues involved in both motions are complex and novel. In order to adequately prepare their response and reply briefs on the Motion to Remand and Motion to Join, Defendants believe that the requested extension is necessary. No prior extension has been requested in this case, which was removed to this Court on July 24, 2007.

For the foregoing reasons, Defendants' respectfully request that the Court extend the time within which Defendants have to file a response to Plaintiffs' Motion to Remand and a reply in support of their Motion to Join to and including Friday, September 14, 2007. A proposed order is being filed along with this Unopposed Motion.

                                              Respectfully submitted,

                                              _____/s/_____
                                              Jeffrey R. Freund (D.C. Bar No. 163881)
                                              Leon Dayan (D.C. Bar No. 444144)
                                              Robert Alexander (D.C. Bar No. 465673)
                                              Bredhoff & Kaiser, P.L.L.C.
                                              805 15th Street, N.W.
                                              Washington, D.C.  20005
                                              Tel: (202)842-2600
                                              Fax: (202)842-1888

Dated: August 24, 2007.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US AIRWAYS MASTER EXECUTIVE COUNCIL, AIR LINE PILOTS ASSOCIATION, INT'L, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICA WEST MASTER EXECUTIVE COUNCIL, AIR LINE PILOTS ASSOCIATION, INT'L, et al.<br><br>Defendants. | Case No. 07-1309 (EGS) |

## ORDER

Upon consideration of Defendants' Unopposed Motion For An Extension Of Time In Which To File a Reply In Support of Motion To Join ALPA, and to File an Opposition To Plaintiffs' Motion To Remand, and for good cause shown,

It is **ORDERED** that the date for Defendants to file a reply in support of their Motion to Join Air Line Pilots Association as Necessary Party Pursuant to Fed. R. Civ. P. 19(a) and to file an opposition to Plaintiffs' Motion to Remand shall be extended to and including September 14, 2007.

SIGNED this _____ day of August, 2007.

_____
Hon. Emmet G. Sullivan
United States District Court Judge