IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US AIRWAYS MASTER EXECUTIVE COUNCIL, AIR LINE PILOTS ASSOCIATION, INT'L, et al. ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Case No. 07-1309 (EGS) |
| AMERICA WEST MASTER EXECUTIVE ) COUNCIL, AIR LINE PILOTS ASSOCIATION, INT'L, et al. ) ) ) | |
| Defendants. ) ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME IN WHICH TO FILE A REPLY IN SUPPORT OF MOTION TO COMPEL JOINDER OF AIR LINE PILOTS ASSOCIATION AS A NECESSARY PARTY, AND TO FILE AN OPPOSITION TO PLAINTIFFS' MOTION TO REMAND**

Defendants move without opposition for a six day extension of time within which to file a reply brief in support of its Motion To Compel Joinder Of Air Line Pilots Association As Necessary Party Pursuant To Fed. R. Civ. P. 19(a) ("Motion to Join"), and an opposition to Plaintiffs' Motion to Remand. Defendants' briefs on these motions are currently due on Friday, September 14, 2007, and this Motion seeks to extend that deadline by six days, to Thursday, September 20, 2007. This Motion is based on the following grounds:

1. On August 8, 2007, Defendants filed their Motion to Join. Plaintiffs filed an opposition on August 22, 2007. Under this Court's Local Rules, Defendants' reply brief was originally due September 4, the day after Labor Day. On August 20, 2007,

Plaintiffs filed a 24-page Motion to Remand. Defendants' opposition to this motion was due also on September 4.

2. The Motion to Join and Motion to Remand involve a number of substantially related and overlapping issues. Indeed, because the Motion to Remand asserts that the Court is without jurisdiction over the case, Defendants' Motion to Join ALPA is largely dependent on the Court's ruling with respect to the Motion to Remand.

3. On August 24, 2007, Defendants' lead counsel filed a motion with the Court requesting a ten day extension of time within which to file Defendants' two aforementioned briefs. On August 27, the Court granted the motion and set September 14 as the date for Defendants to file their opposition and reply briefs.

4. Defendants' counsel has been working diligently to respond to the Motion to Remand and the related Motion to Join. However, since the date that the Court granted the original extension, Leon Dayan, Defendants' counsel with primary drafting responsibilities in this matter, has been retained to represent three labor organizations in a lawsuit pending in the Northern District of California involving a very truncated preliminary injunction schedule. Because of Mr. Dayan's prior background and expertise in the matters at issue in that matter, he is the only person at the firm who can efficiently handle it given that court's schedule. Mr. Dayan has been required to devote substantially all of his time since September 6 to that matter.

5. In addition to the litigation described above, Mr. Dayan is required to appear and argue on September 12, 2007 in a matter pending in an Indiana state circuit court. Mr. Dayan also has obligations in connection with observing the Jewish religious

holiday of Rosh Hashanah on September 13 and on the evening before that will preclude him from devoting time to preparing Defendants' submissions in the instant case.

6. On September 10, 2007, Defendants' lead counsel requested consent from Plaintiffs' lead counsel for an extension of time within which to file Defendants' two aforementioned briefs. Plaintiffs' counsel indicated that Plaintiffs will consent to a six day extension.

7. As we noted in our prior submission, the issues involved in both motions are somewhat novel. In order to prepare their response and reply briefs on the Motion to Remand and Motion to Join, Defendants believe that the requested extension is necessary. One previous ten-day extension has been granted in this case.

For the foregoing reasons, Defendants' respectfully request that the Court extend the time within which Defendants have to file a response to Plaintiffs' Motion to Remand and a reply in support of their Motion to Join to and including Thursday, September 20, 2007. A proposed order is being filed along with this Unopposed Motion.

Respectfully submitted,

_____/s/_____
Jeffrey R. Freund (D.C. Bar No. 163881)
Leon Dayan (D.C. Bar No. 444144)
Robert Alexander (D.C. Bar No. 465673)
Bredhoff & Kaiser, P.L.L.C.
805 15th Street, N.W.
Washington, D.C. 20005
Tel: (202)842-2600
Fax: (202)842-1888

Dated: September 11, 2007.

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| US AIRWAYS MASTER EXECUTIVE COUNCIL, AIR LINE PILOTS ASSOCIATION, INT'L, et al. | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 07-1309 (EGS) |
| AMERICA WEST MASTER EXECUTIVE COUNCIL, AIR LINE PILOTS ASSOCIATION, INT'L, et al. | ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

Upon consideration of Defendants' Unopposed Motion For An Extension Of Time In Which To File a Reply In Support of Motion To Join ALPA, and to File an Opposition To Plaintiffs' Motion To Remand, and for good cause shown,

It is **ORDERED** that the date for Defendants to file a reply in support of their Motion to Join Air Line Pilots Association as Necessary Party Pursuant to Fed. R. Civ. P. 19(a) and to file an opposition to Plaintiffs' Motion to Remand shall be extended to and including September 20, 2007.

SIGNED this _____ day of September, 2007.

_____
Hon. Emmet G. Sullivan
United States District Court Judge