IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US AIRWAYS MASTER EXECUTIVE COUNCIL, AIR LINE PILOTS ASSOCIATION, INT'L, et al. <br><br> Plaintiffs, <br><br> v. <br><br> AMERICA WEST MASTER EXECUTIVE COUNCIL, AIR LINE PILOTS ASSOCIATION, INT'L, et al. <br><br> Defendants. | Case No. 07-1309 (EGS) |

## **NOTICE OF APPEARANCE**

The Clerk of Court will please enter the appearance of Leon Dayan, Esq. as counsel of record for defendant America West Master Executive Council, Air Line Pilots Association, Int'l in the above-captioned case.

Mr. Dayan is active member in good standing of the District of Columbia Bar, and is admitted to the bar of this Court.

Date: September 14, 2007

                                                                                                  Respectfully submitted,

                                                                                                  _____/s/_____
                                                        Jeffrey R. Freund (D.C. Bar No. 163881)
                                                        Leon Dayan (D.C. Bar No. 444144)
                                                        Robert Alexander (D.C. Bar No. 465673)
                                                        Bredhoff & Kaiser, P.L.L.C.
                                                        805 15th Street, N.W.
                                                        Washington, D.C. 20005
                                                        Tel: (202)842-2600
                                                        Fax: (202)842-1888