# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

|   |   |
|---|---|
| US AIRWAYS MASTER EXECUTIVE COUNCIL, AIR LINE PILOTS ASSOCIATION, INT'L, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICA WEST MASTER EXECUTIVE COUNCIL, AIR LINE PILOTS ASSOCIATION, INT'L, *et al.*, <br><br> Defendants. | Civil Action No. 07-1309-EGS |

## PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO REMAND

Plaintiffs, by their attorneys, hereby move without opposition for a seven (7) day extension of time to and including October 5, 2007 to file a reply memorandum in support of Plaintiffs' Motion To Remand. The reply memorandum is currently due to be filed on September 28, 2007 under this Court's Local Rules. No prior extension of time has been requested to file a reply memorandum in support of Plaintiffs' Motion To Remand. In support of this motion, Plaintiffs state:

1. On August 20, 2007, Plaintiffs filed their Motion To Remand this action to the Superior Court of the District of Columbia. After receiving two extensions of time, Defendants filed a 28-page Opposition To Motion To Remand on September 20, 2007 and a corrected copy on September 21, 2007.

2. Plaintiffs' counsel will not be able to devote the time necessary to complete Plaintiffs' reply memorandum prior to the September 28, 2007 filing date set by this Court's Local Rules because of previously scheduled commitments that require their absence from their office the week beginning September 23, 2007. William R. Wilder must attend previously scheduled collective bargaining negotiations in Louisville, Kentucky on September 25 and 27, 2007, a U.S. District Court hearing in Detroit, Michigan on September 26, 2007, and a speaking engagement to the National Academy of Arbitrators in Miami, Florida on September 28, 2007. Roland P. Wilder, Jr. will be absent from his office the entire week beginning September 23, 2007 because of a previously scheduled overseas vacation.

3. On September 24, 2007, an attorney with the office of Plaintiffs' counsel calling on behalf of William R. Wilder requested and received consent from Defendants' counsel Robert Alexander to the extension of time requested in this motion.

4. This motion is not interposed for delay. The seven day extension of time is necessary to prepare a proper and adequate reply to Defendants' 28-page Opposition to Plaintiffs' Motion To Remand.

5. A proposed order is being filed with this unopposed motion.

For the foregoing reasons, Plaintiffs respectfully request that the Court extend the time for filing a reply memorandum in support of Plaintiffs' Motion To Remand to and including October 5, 2007.

Dated: September 26, 2007

Respectfully submitted,


<u>/s/ William R. Wilder</u>
Roland P. Wilder, Jr. (DC Bar No. 69609)
William R. Wilder (DC Bar No. 450086)
BAPTISTE & WILDER, P.C.
1150 Connecticut Ave., N.W.
Suite 500
Washington, D.C. 20036
(202) 223-0723
(202) 223-9677

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing, together with proposed order, was served on counsel for the defendants via the Court's ECF System this 26th day of September, 2004.

/s/ William R. Wilder
William R. Wilder (DC Bar No. 450086)

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

|  |  |
|---|---|
| US AIRWAYS MASTER EXECUTIVE COUNCIL, AIR LINE PILOTS ASSOCIATION, INT'L, *et al.*, )<br><br>Plaintiffs, )<br><br>v. )<br><br>AMERICA WEST MASTER EXECUTIVE COUNCIL, AIR LINE PILOTS ASSOCIATION, INT'L, *et al.*, )<br><br>Defendants. ) | Civil Action No. 07-1309-EGS |

## ORDER

Upon consideration of Plaintiffs' Unopposed Motion For An Extension Of Time To File Reply Memorandum In Support Of Motion To Remand, and for good cause shown,

It is hereby **ORDERED** that the date for file a reply memorandum in support of Plaintiffs' Motion To Remand is extended to and including October 5, 2007.

SIGNED this ____ day of _____, 2007.

                                                                                    _____
                                                                                    Hon. Emmet G. Sullivan
                                                                                    United States District Court Judge