## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US AIRWAYS MASTER EXECUTIVE COUNCIL, AIR LINE PILOTS ASSOCIATION, INT'L, and, JOHN A. STEPHAN, in his capacity as MEC Chairman, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICA WEST MASTER EXECUTIVE COUNCIL, AIR LINE PILOTS ASSOCIATION, INT'L, and, JOHN MCILVENNA, in his capacity as MEC Chairman, <br><br> Defendants. | Case No. 07-1309 (EGS) |

### JOINT REQUEST FOR ORAL HEARING ON PLAINTIFFS' MOTION TO REMAND

Pursuant to Local (Civil) Rule 7.1(f), the parties jointly request the Court to set an oral hearing on Plaintiffs' Motion to Remand. The parties believe that an oral hearing may assist the Court with respect to certain of the complex issues presented in the motion.

Respectfully submitted,

_____/s/_____
Roland P. Wilder, Jr.
William R. Wilder
Baptiste & Wilder, P.C.
1150 Connecticut Avenue, N.W., Suite 500
Washington, D.C. 20036
(202) 223-0723/(202) 223-9677

wwilder@bapwild.com
(COUNSEL FOR PLAINTIFFS)


_____/s/_____
Jeffrey R. Freund (D.C. Bar No. 163881)
Leon Dayan (D.C. Bar No. 444144)
Robert Alexander (D.C. Bar No. 465673)
Bredhoff & Kaiser, P.L.L.C.
805 15th Street, N.W.
Washington, D.C.  20005
Tel: (202)842-2600
Fax: (202)842-1888
(COUNSEL FOR DEFENDANTS)

Dated: October 14, 2007.