IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| US AIRWAYS MASTER EXECUTIVE COUNCIL, AIR LINE PILOTS ASSOCIATION, INT'L, et al.<br><br>Plaintiffs,<br><br>v.<br><br>AMERICA WEST MASTER EXECUTIVE COUNCIL, AIR LINE PILOTS ASSOCIATION, INT'L, et al.<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 07-1309 (EGS) |

## ERRATA PLEADING

Please note that document number 14, Motion to Supplement the Record in Connection with Plaintiffs' Motion to *Remand*, filed on October 15, 2007, was incorrectly styled as "Motion to Supplement the Record in Connection with Plaintiffs' Motion to *Dismiss*" during the ECF filing process. The clerk's office has corrected this error on the Docket.

Date: October 15, 2007

Respectfully submitted,

_____/s/_____
Jeffrey R. Freund (D.C. Bar No. 163881)
Leon Dayan (D.C. Bar No. 444144)
Robert Alexander (D.C. Bar No. 465673)
Bredhoff & Kaiser, P.L.L.C.
805 15th Street, N.W.
Washington, D.C. 20005
Tel: (202)842-2600
Fax: (202)842-1888