**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
                                    )
US AIRWAYS MASTER EXECUTIVE,        )
COUNCIL, AIR LINE PILOTS ASSOC.,    )
INT'L, et al.,                      )
                                    )
            Plaintiffs,             )
                                    )   Civ. Action No. 07-1309 (EGS)
        v.                          )
                                    )
AMERICA WEST MASTER EXECUTIVE       )
COUNCIL, AIR LINE PILOTS ASSOC.,    )
INT'L, et al.,                      )
                                    )
            Defendants.             )
                                    )
```

**ORDER**

For the reasons stated in the Memorandum Opinion issued this same day, it is by the Court hereby

**ORDERED** that Plaintiffs US Airways Master Executive Council, Air Line Pilots Association, International, *et al.*'s Motion to Remand to the Superior Court of the District of Columbia is **GRANTED**; and it is

**FURTHER ORDERED** that Plaintiffs US Airways Master Executive Council, Air Line Pilots Association, International, *et al.*'s Application to Vacate Arbitration Award is **REMANDED** to the Superior Court of the District of Columbia; and it is

**FURTHER ORDERED** that Defendants America West Master Executive Council, Air Line Pilots Association, International, *et al.*'s Motion to Compel Joinder of Air Line Pilots Association as Necessary Party is **REMANDED** to the Superior Court of the District

of Columbia.


**SO ORDERED.**

**Signed:**     **Emmet G. Sullivan**
        **United States District Judge**
        **November 30, 2007**